Linda D. Smith, SB#7438
**Law Offices of Linda D. Smith**
4543 So. 700 E., Suite 100
Salt Lake City, Utah 84107
Telephone: (801) 485-3717
Facsimile: (801) 905-1178
Attorney for Debtor, Cindy Janell Jones

_____

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION
_____

|  |  |  |
|---|---|---|
| IN RE: | : | Bankruptcy Case No. 17-24684 |
| CINDY JANELL JONES | : |  |
|  | : | Chapter 13 |
|  | : | Judge R. Kimball Mosier |
|  | : |  |

-----------------------------------------------------------

APPLICATION FOR ATTORNEY'S FEES AND COSTS
_____

Applicant, Linda D. Smith, represents as follows:

1. Applicant is a duly licensed attorney, and has been the attorney for Debtor in the above-entitled proceedings, and her services and their value are listed attached as Exhibit A.

2. All services for which the compensation is requested were in connection with said bankruptcy proceedings and not in any other matter, and that all services performed were necessary

1

and proper, and the amounts of the compensation are reasonable.

    3.    Debtors agreed to pay a sum not to exceed $600.00.

    4.    The amounts listed on "Exhibit A" have been expended or incurred as expenses in connection with such services, for which applicant seeks payment.

    5.    Wherefore, Linda D. Smith requests that the court approve and allow the requested compensation.

    DATED this 8th day of November, 2018.

                                       /s/Linda D. Smith
                                       Linda D. Smith

# Exhibit A

| 09-25-18 | LDS | .40 | Talked with client re surrendering the 2015 Nissan Altima and purchase another vehicle |
| --- | --- | --- | --- |
| 10-01-18 | LDS | .05 | Received proposal for a new vehicle. |
| 10-16-18 | LDS | .45 | Drafted Motion to Incur Debt and Request for Attorney's Fees |
| 10-16-18 | LDS | .20 | Drafted Notice of Hearing |
| 10-16-18 | LDS | .15 | Drafted Proposed Order |
| 10-16-18 | LM | 1.00 | Mailed documents to all creditors |
| 10-16-18 | LDS | .15 | Filed Motion to Incur Debt and Request for Attorney's Fees with the court and Notice of Hearing |
| 11-08-18 | LDS | .15 | Reviewed Trustee's Response and made changes to Order |
| 11-08-18 | LDS | .25 | Prepared for hearing, filed pending order, filed Application for Attorney's Fees |

| | | |
|---|---|---|
| 2.33/hrs | 525.00 | ATTORNEY TIME AT $225.00/HOUR |
| 1.00/hrs | 75.00 | PARALEGAL TIME AT $75.00/HOUR |
| | **600.00** | **TOTAL CHARGES** |

4